IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

FILED

2008 JUN -2 PM 4: 52

U.S. DISTRICT COURT
W.D.N.Y. - BUFFALO

---

UNITED STATES OF AMERICA,                    :

        v.                                      :

ANTHONY E. SLOAN                             :

             Defendant.                     :

                                 :

---

08-CR-

**08 CR 144(S)**

**INFORMATION**
(18 U.S.C. § 2422(b))

**COUNT I**

**The United States Attorney Charges:**

In or about March of 2007, in the Western District of New York, the defendant, ANTHONY E. SLOAN, did, by causing electronic communications to be sent via the internet to an individual he believed was a 15 year old male, use a facility and means in interstate commerce knowingly to persuade, induce and entice an individual who had not yet attained the age of 18 years, to engage in sexual activity for which he could be charged with a criminal offense under the laws of the State of New York, namely, a violation of one or more of the following sections of the New York State Penal Law: Section 130.40(2) (Criminal Sexual Act in the Third Degree); Section 130.55 (Sexual Abuse in the Third Degree); and Section 260.10(1) (Endangering the Welfare of a Child).

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT II

**The United States Attorney Further Charges:**

In or about December of 2007, in the Western District of New York, the defendant, ANTHONY E. SLOAN, did, by causing electronic communications to be sent via the internet to an individual he believed was a 14 year old male, use a facility and means in interstate commerce knowingly to attempt to persuade, induce and entice an individual, he believed to be less than 18 years of age, to engage in sexual activity for which he could be charged with a criminal offense under the laws of the State of New York, namely, a violation of one or more of the following sections of the New York State Penal Law: Section 130.40(2) (Criminal Sexual Act in the Third Degree); Section 130.55 (Sexual Abuse in the Third Degree); and Section 260.10(1) (Endangering the Welfare of a Child).

**All in violation of Title 18, United States Code, Section 2422(b).**

Dated:     Buffalo, New York, June 2, 2008

                                  TERRANCE P. FLYNN
                                  United States Attorney

                          BY:    _____
                                  AARON J. MANGO
                                  Assistant U.S. Attorney
                                  Western District of New York
                                  138 Delaware Avenue
                                  Buffalo, New York 14202
                                  (716) 843-5700, ext. 882
                                  aaron.mango@usdoj.gov