UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                    **08-CR-144-WMS**

            v.                               **NOTICE OF MOTION**

ANTHONY E. SLOAN,

                    Defendant.

_____


**MOTION BY:**                    Kimberly A. Schechter, Assistant Federal Public
                                  Defender, Attorney for Defendant.

**DATE, TIME & PLACE:**           Before the Honorable William M. Skretny, United
                                  States District Judge, United States Courthouse, 68
                                  Court Street, Buffalo, New York, **on the papers.**

**SUPPORTING PAPERS:**            Affirmation of Kimberly A. Schechter, dated
                                  August 21, 2008.

**RELIEF REQUESTED:**             Sealing of Statement of Defendant with Respect to
                                  Sentencing Factors.

**DATED:**                        Buffalo, New York, August 21, 2008.


                                  **/s/ Kimberly A. Schechter**
                                  Kimberly A. Schechter
                                  Assistant Federal Public Defender
                                  Federal Public Defender's Office
                                  300 Pearl Street, Suite 450
                                  Buffalo, New York   14202
                                  (716) 551-3341; FAX: (716)551-3346
                                  kimberly_schechter@fd.org
                                  Counsel for defendant Anthony E. Sloan

**To:**     Aaron J. Mango
            Assistant United States Attorney

            Kathleen A. Horvatits
            United States Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                        **08-CR-144-WMS**

                              v.                      <u>**AFFIRMATION**</u>

ANTHONY E. SLOAN,

                          Defendant.
_____


        **Kimberly A. Schechter,** affirms under penalty of perjury that:


        1.      I am an Assistant Federal Defender for the Western District of New York and was

assigned to represent the above-named defendant, Anthony E. Sloan, on February 22, 2008.


        2.      There is confidential information contained in the defendant's Statement of

Defendant with Respect to Sentencing Factors, and therefore, the defense is requesting that it be

filed under seal.

**WHEREFORE**, it is respectfully requested that the defendant's Statement of Defendant with Respect to Sentencing Factors be filed under seal.

**DATED:**     Buffalo, New York, August 21, 2008.

Respectfully submitted,

**/s/ Kimberly A. Schechter**
Kimberly A. Schechter
Assistant Federal Public Defender
300 Pearl Street, Suite 450
Buffalo, New York  14202
(716) 551-3341; FAX: (716)551-3346
kimberly_schechter@fd.org
Counsel for defendant Anthony E. Sloan

**To:**    Aaron J. Mango
Assistant United States Attorney
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York  14202

Kathleen A. Horvatits
U. S. Probation Officer
U. S. Probation Department
234 U. S. Courthouse
68 Court Street
Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        v.                                 **08-CR-144-WMS**

ANTHONY E. SLOAN,

              Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on **August 21, 2008**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    1.      Aaron J. Mango
            Assistant United States Attorney
            Western District of New York
            138 Delaware Avenue, Federal Centre
            Buffalo, New York  14202

And, I hereby certify that I have sent this document **via e-mail** to the following non-CM/ECF participant(s).

    1.      Kathleen A. Horvatits
            U. S. Probation Officer
            U. S. Probation Department
            234 U. S. Courthouse
            68 Court Street
            Buffalo, New York 14202

                                       **/s/Joanne Sabatino**
                                       Joanne Sabatino
                                       Federal Public Defender's Office

AO 72A
(Rev. 8/82)