IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,            :

     v.                              :      08-CR-144-S

ANTHONY E. SLOAN,
                                                              :
     Defendant.

## **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(b).

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing.

DATED: Buffalo, New York, August 26, 2008.

Respectfully submitted,

TERRANCE P. FLYNN
United States Attorney

BY: **_s/Aaron J. Mango_**
AARON J. MANGO
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5700, ext. 882
Aaron.Mango@usdoj.gov

TO: Kimberly A. Schechter, AFPD
United States Probation Department
Attn: Kathleen A. Horvatits, USPO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,          :

      v.                         :      08-CR-144-S

ANTHONY E. SLOAN,
                                         :

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I electronically filed the **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

      Kimberly A. Schechter, AFPD

      United States Probation Department
        Attn: Kathleen A. Horvatits, USPO

          *s/Laura Rogers*
          LAURA ROGERS
          Legal Assistant