UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 08-CR-144-WMS |
| v. | **SENTENCING MEMORANDUM** |
| ANTHONY SLOAN, | |
| Defendant. | |

_____

**KIMBERLY A. SCHECHTER,** affirms under penalty of perjury that:

Mr. Sloan is scheduled for sentencing by this Court on September 19, 2008. The Court is asked to consider the attached letters from his father, Bernard E. Sloan, Jr., brother and sister-in-law, Craig and Laura Sloan, sister, Pamela J. Failing, and friends, Sherry Loomis and Cynthia E. Earney.

**DATED:** Buffalo, New York, September 9, 2008.

Respectfully submitted,

**/s/Kimberly A. Schechter**
Kimberly A. Schechter
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 450
Buffalo, New York 14202
(716) 551-3341; 551-3346 (Fax)
kimberly_schechter@fd.org.
Attorney for defendant Anthony Sloan

**To:** Aaron J. Mango
Assistant U. S. Attorney

Kathleen A. Horvatits
U. S. Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                   **08-CR-144-WMS**

ANTHONY SLOAN,

            Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on **September 9, 2008**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Aaron J. Mango
    Assistant United States Attorney
    Western District of New York
    138 Delaware Avenue, Federal Centre
    Buffalo, New York 14202

And, I hereby certify that I have e-mailed the document to the following non-CM/ECF participant(s).

1.     Kathleen A. Horvatits
    U. S. Probation Officer
    U. S. Probation Department
    234 U. S. Courthouse
    68 Court Street
    Buffalo, New York 14202

                                                     **/s/Joanne Sabatino**
                                                     Legal Secretary
                                                     Federal Public Defender's Office