# United States District Court

## For

## The Western District of New York

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is attached)*

**Name of Offender:** Anthony Sloan **Case Number:** 1:08CR00144-001

**Name of Sentencing Judicial Officer:** Honorable William M. Skretny, Senior U.S. District Judge

**Date of Original Sentence:** September 24, 2008

**Original Offense:** Two (2) counts of Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b)

**Original Sentence:** 120 months custody of the Bureau of Prisons, each count to be served concurrently, followed by life terms of supervised release, each count to be served concurrently. Special conditions of supervised release include: Computer/internet monitoring; mental health counseling for sexual offenders; no deliberate contact with any child under 18 years of age unless approved and no loitering in areas primarily used by children; prohibited from possessing or downloading child pornography; financial disclosure; register with the state sex offender registration agency; and search.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 11/2/16

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.
☒ To modify the conditions of supervision as follows:

*The subject will reside at the Buffalo Halfway House for four (4) months and obey all rules and regulations.*

## CAUSE

On April 4, 2017, the U.S. Probation Office executed a search of Mr. Sloan's residence and discovered an undisclosed internet-accessible cell phone. Analysis of the cell phone revealed Mr. Sloan engaged in sexually explicit conversations with multiple individuals over the internet. He also exchanged sexually explicit photos with some of these individuals. Mr. Sloan admitted to this conduct and also disclosed that he had met two (2) adult men in person whom he had initially met online. The subject also disclosed that he had communicated with an individual who he knew was a high school senior. Mr. Sloan admitted that he secured the cell phone near the end of October 2016, when he was a Bureau of Prisons (BOP) inmate at the Buffalo Halfway House. Between November 2016 and April 4, 2017, when the probation officer discovered the

RE: JOHN MOLA
1:10CR00297-001

discovered the undisclosed access device, Mr. Sloan falsely denied access to a computer or the internet on multiple occasions. All of the aforementioned behavior also constitutes noncompliance with his sex offender treatment contract.

At this time, our office respectfully recommends that the defendant be placed at the Buffalo Halfway House for four (4) months in an effort to bring Mr. Sloan into compliance with the terms of supervised release. Residence at the Buffalo Halfway House will allow the subject to continue active participation in sex offender treatment and maintain his gainful employment. Mr. Sloan has agreed to the proposed modification as evidenced by the executed Waiver of Hearing to Modify Conditions of Probation/Supervised Release attached to this document.

Reviewed by:

Richard H. Galmarini
Supervising U.S. Probation Officer

Respectfully submitted,

by Kathleen A. Horvatits
Kathleen A. Horvatits
Intensive Supervision Officer
Date: April 19, 2017

THE COURT ORDERS:

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

Honorable William M. Skretny
Senior U.S. District Judge

4/21/17
Date

PROB 49
(3/89)

# United States District Court

Western District of New York

## Anthony Sloan
## 1:08CR00144-001

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The subject will reside at the Buffalo Half-Way House (BHWH) for four (4) months and obey all rules and regulations.*

Witness _[signature]_
Kathleen A. Horvatits
U.S. Probation Officer Specialist

Signed _[signature]_
Anthony Sloan, Supervised Releasee

4/18/17
(Date)